IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

KEITH THOMAS,

   Petitioner,

     v.

THE CITY OF FAIRBURN, et al.,

   Respondent.

CIVIL ACTION FILE
NO. 1:10-CV-565-TWT

## ORDER

This is a pro se habeas corpus action. It is before the Court on the Report and Recommendation [Doc. 5] of the Magistrate Judge recommending dismissing the Petition as frivolous. The Plaintiff was issued a no trespassing warning. He is not in custody. This action is DISMISSED as frivolous.

SO ORDERED, this 12 day of April, 2010.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\10\Thomas\10cv565\r&r.wpd